# United States District Court
## Violation Notice

CVB Location Code: MY1D

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3238739 | Lyons, Sara | L4425 |

3238739

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 04/28/2012 1:00am | MTA 16-101(a) |

Place of Offense: Presidential Inn Parking Lot

Offense Description: Factual Basis for Charge HAZMAT ☐

Driving without License

DEFENDANT INFORMATI[redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Letourneau | Elizabeth | C. |

[redacted]

| Tag No. | State | Year | Make/Model PASS ☐ | Color |
|---|---|---|---|---|
| DN 8806 | D.C. | 04 | SAT/Ion | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ ______ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ ______ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address | Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature ______

(Rev. 01/2011) Original - CVB Copy

CCB Scan 06/07/2012 09:41:33

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 28 April, 2012 while exercising my duties as a law enforcement officer in the Andrews AFB District of Prince George County

After making contact with Elizabeth Letourneau in a black saturn Ion at the parking lot of the Presidential Inn/Bldg 1380 for failing to stop at a clearly posted stop sign on West perimeter drive and Menoher Drive the driver stated that she did not have her license with her and didn't know if it was current. When I asked her where her drivers license was, she stated she didn't know where it was.
Witness: SSgt Tommy Kim (K-1)

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/28/2012 Sara M Lyons
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______
Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident