CVB Scan 06/07/2012 08:40:34

# United States District Court Violation Notice

CVB Location Code: MY10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3238738 | Lyons, Sara | L4425 |

3238738

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC ☒ State Code |
|---|---|
| 04/28/2012 1:00am | MTA 21-707(a) |

Place of Offense: Presidential Inn Parking Lot

Offense Description: Factual Basis for Charge — HAZMAT □

Fail to stop at stop sign

DEFENDANT INFORMATIO [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Letourneau | Elizabeth | C. |

[redacted]

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| DN 8806 | D.C. | 04 | SAT/Ion | | BLK |

A □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 115.00 **Total Collateral Due**

YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 01/2011) Original - CVB Copy

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 28 April, 20 12 while exercising my duties as a law enforcement officer in the Andrews AFB District of Prince George County

I observed a black in color Saturn Ion traveling south bound on West Perimeter Drive fail to stop at the clearly posted stop sign at the intersection of West perimeter Drive and Menoher Drive. The vehicle turned on Menoher Drive heading east bound. I made contact with the driver Elizabeth Letourneau at the parking lot of the presidential Inn/Bldg 1380.

Witness: SSgt Tommy Kim (K-1)

The foregoing statement is based upon:

☒ my personal observation □ my personal investigation

☒ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/28/2012 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident