==================================================================

# *UNITED STATES DISTRICT COURT*

## ---------- DISTRICT OF MARYLAND -------

**APPEARANCE**

UNITED STATES OF AMERICA

v.

ELIZABETH C. LETOURNEAU

CASE NO. : 12-0348M
(AAFB)

* * * * * *

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for Elizabeth C. Letourneau. I certify that I am admitted to practice in this Court.

08/28/2012
Date

/s/

CARRIE HOWIE CORCORAN (#14136)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Carrie_Corcoran@fd.org